UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Carol A. Randall,                                                                  Civil No. 12-161(DSD/LIB)

              Plaintiff,

   vs.                                                                                    ORDER ADOPTING THE REPORT
                                                                          AND RECOMMENDATION

Michael J. Astrue, Commissioner
of the Social Security Administration,

              Defendant.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Findings and Recommendation of the United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED** that:

    1.      Defendant's Motion to Dismiss [Docket No. 7], as converted by the court into one for summary judgment, is **GRANTED**;

    2.      Plaintiff's complaint is dismissed with prejudice;

**LET JUDGMENT BE ENTERED ACCORDINGLY**

Dated:  February 7, 2013

                                                                                s/David S. Doty
                                                                                DAVID S. DOTY, Judge
                                                                                United States District Court